IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : CASE NO. 4:24-cr-00035-RSB-CLR-1 |
| RICHARD BRUCE SALYER, JR., | : |
| Defendant. | : |

**ORDER**

Sandra Michaels, as counsel for Richard Salyer, Jr., requested leaves of absence from the Court pursuant to Local Rule 83.9. The requested periods of leave are as follows:

September 19 through 27, 2024 (personal).

Although counsel has cited to an inapplicable, *Civil* Local Rule, the Court nevertheless **GRANTS** the motion. Counsel is advised that any future motions for leaves of absence in criminal cases should be brought under the applicable *Criminal* Local Rule. S.D. Ga. LR Crim. 1B(e).

**IT IS HEREBY ORDERED,** this 16th day of July, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Presented by:
/s/ Sandra Michaels
_____
Sandra Michaels
Ga. Bar No. 504014
Counsel for Defendant Richard Bruce Salyer, Jr.