UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:24-CR-35 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD BRUCE SALYER, JR. | ) | |

## ORDER

Application for leave of absence has been requested by Makeia R. Jonese, Special Assistant United States Attorney, for October 28, 2024, through November 1, 2024, for the purpose of out-of-district work training and November 26, 2024, through November 29, 2024, for the purpose of out-of-district personal travel.

The above and foregoing request for leave of absence is GRANTED.

So ORDERED this 9th day of October 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA